United States District Court
Southern District of Texas
**ENTERED**
January 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKY DALE HAMRICK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-03647 |
| | § | |
| ENBRIDGE (U.S.), INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

Now pending before the Court is Defendant Enbridge (U.S.) Inc.'s Motion to Transfer (Dkt. No. 9). After having considered the arguments, authorities, and response, if any, submitted by the parties, the Court concludes that the motion should be, and is hereby, GRANTED. The Court TRANSFERS this case to the United States District Court for the Western District of Pennsylvania. See *Save Power Ltd. v. Synteck, Fin. Corp.*, 121 F.3d 947 (5th Cir. 1997).

It is so ORDERED.

SIGNED on this 14th day of January, 2021.

Kenneth M. Hoyt
United States District Judge