# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKY DALE HAMRICK,    )<br>                                               )<br>            Plaintiff,             )<br>                                               )<br>        v.                              )<br>                                               )<br>ENBRIDGE (U.S.), INC.,      )<br>                                               )<br>            Defendant.          ) | Civil Action No.  2:21-cv-00470<br><br>Magistrate Judge Lisa Pupo Lenihan |

## TELEPHONE CONFERENCE
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Jacky Dale Hamrick | Plaintiff | Andrew W. Dunlap<br>William Richard Liles |
| Enbridge (U.S.), Inc. | Defendant | Timothy Mitchell Watson<br>John Phillips |

Date:   April 28, 2021, at 11:00 AM

Law Clerk: Virginia De Marco

Mr. Hamrick's claims will be arbitrated.

In light of this, the Clerk is Ordered to administratively close this matter, with the proviso that it can be reopened on motion of any party.