UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| Jacky Dale Hamrick, Individually and For Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>Enbridge (U.S.), Inc.,<br><br>    Defendant. | Case No. 2:21-cv-00470-LPL |

**PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: June 1, 2021                             */s/ Andrew W. Dunlap*
                                                Signature

                                                Andrew W. Dunlap
                                                Print Name

**PART 2:  DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____          _____
                                                Signature

                                                _____
                                                Print Name

1