# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKY DALE HAMRICK, ) | Civil Action No. 2:21-cv-00470 |
| Plaintiff, ) | |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ENBRIDGE (U.S.), INC., ) | |
| Defendant. ) | |

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: June 24, 2021

s/ Timothy M. Watson
Signature

Print Name: Timothy M. Watson

-----------------------------------------------------------------------------------------------------------------

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge, but I elect to have this case randomly assigned to a United States District Judge.

Date:_____

_____
Signature

Print Name: _____